# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Chris Christensen,<br><br>　　　　　　　　　Defendant. | Case No. 2:25-cv-01943<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS**<br><br>**NOTE ON MOTION CALENDAR:** 11/10/2025 |

STIPULATED MOTION TO STAY
PROCEEDINGS
CASE NO.: 2:25-cv-01943

4912-4146-0087.1 39502.00002

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

This Stipulation is entered into by and between Plaintiffs Lance Miller and Seth Freeman as co-trustees of the iCap Trust ("Plaintiffs") and Defendant Christopher Christensen ("Defendant"). Plaintiffs and Defendant are referred to as the "Parties." This Stipulation is entered into with reference to the following recitals of fact:

## RECITALS

A.   Plaintiffs filed their Complaint against Defendant on October 7, 2025. [Dkt. No. 1.] The Complaint seeks damages from Defendant related to Defendant's operation of the iCap Entities.[1] [*Id.*]

B.   Defendant has been informed that he is under investigation by the United States Department of Justice, the United States Securities and Exchange Commission, and the State of Washington Department of Financial Institutions related to the operations of the iCap Entities.

C.   Defendant entered into a tolling agreement with the United States that extends certain criminal statutes of limitations to February 28, 2026.

D.   Defendant contends that the present litigation should be stayed to avoid putting him in the untenable position of having to choose between defending himself fully in this civil litigation and preserving his Fifth Amendment rights with respect to the government investigation.

E.   Rather than litigate a motion for stay, the Parties have agreed that this litigation should be stayed until February 28, 2026, with the possibility of the Parties agreeing to a further extension, and without prejudice to Defendant's right to seek an extension of the stay beyond February 28, 2026 and Plaintiffs' right to oppose such a request for extension of the stay.

---

[1] Capitalized terms not defined in this Stipulation have the meanings set forth in the Complaint.

STIPULATION TO STAY PROCEEDINGS
CASE NO.: 2:25-cv-01943

1

4912-4146-0087.1 39502.00002

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Accordingly, subject to Court approval, the Parties hereby stipulate as follows:

## **STIPULATION**

1. All proceedings in this case shall be stayed until February 28, 2026 (the "Stay Period"). The stay shall be without prejudice to any of the Parties' claims or defenses.

2. No Party shall propound any discovery during the Stay Period.

3. Nothing in this Stipulation or Order shall preclude: (a) Defendant from filing a motion seeking to extend the Stay Period without the consent of Plaintiffs; and (b) Plaintiffs opposing such request to extend the Stay Period.

4. Defendant shall file and serve his response to the Complaint no later than fourteen days after the expiration of the Stay Period.

5. Matthew A. Lesnick of Lesnick Prince Pappas & Alverson, LLP (315 West Ninth Street, Suite 705, Los Angeles, California 90015; Email: matt@lesnickprince.com) is authorized on behalf of Defendant to accept service of all discovery subpoenas directed to Defendant in connection with other litigation matters related to the iCap Entities. Service of any such subpoenas upon Mr. Lesnick via confirmed email shall constitute valid and effective service upon Defendant as though personally served. This authorization shall remain in effect unless and until revoked in writing by Defendant or Defendant's counsel, with written notice provided to all interested parties.

**IT IS SO STIPULATED:**

STIPULATION TO STAY PROCEEDINGS
CASE NO.: 2:25-cv-01943

2

4912-4146-0087.1 39502.00002

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DATED: November 10, 2025

BUSH KORNFELD LLP

and

PACHULSKI STANG ZIEHL & JONES LLP

By: *s/Jason Wax*
Jason Wax, WSBA #41944
Counsel for Plaintiffs Lance Miller
and Seth Freeman as Co-Trustees of
the iCap Trust

DATED: November 7, 2025

By: *s/Christopher Christensen*
Christopher Christensen
Defendant *Pro Se*

STIPULATION TO STAY PROCEEDINGS
CASE NO.: 2:25-cv-01943

3

4912-4146-0087.1 39502.00002

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104