1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

12
13

Lance Miller and Seth Freeman as Co-
Trustees of the iCap Trust,

14

       Plaintiffs,

15
16

  v.

17

Chris Christensen,

18

       Defendant.

19

Case No. 2:25-cv-01943

**[PROPOSED] ORDER
GRANTING STIPULATED
MOTION TO STAY
PROCEEDINGS**

20
21
22
23
24
25

   The Parties' stipulation is approved. Accordingly, the Court stays, without prejudice to any of the Parties regarding any claims or defenses any of them may have, all proceedings in this case until February 28, 2026. No Party shall propound any discovery during the Stay Period. Nothing in this Order shall preclude Defendant from filing a motion seeking to extend the Stay Period without the consent of Plaintiffs.

26

///

27

///

28

[PROPOSED] ORDER GRANTING STIPULATED   1
MOTION TO STAY PROCEEDINGS
CASE NO.: 2:25-cv-01943

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4912-4146-0087.1 39502.00002

Defendant shall file and serve his response to the Complaint no later than fourteen days after the expiration of the Stay Period.

Dated this _____ day of November, 2025.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by

BUSH KORNFELD LLP

and

PACHULSKI STANG ZIEHL & JONES LLP


By: _s/Jason Wax_____
Jason Wax, WSBA #41944
Counsel for Plaintiffs Lance Miller
and Seth Freeman as Co-Trustees of
the iCap Trust

And


By: _s/Christopher Christensen_____
Christopher Christensen
Defendant *Pro Se*

[PROPOSED] ORDER GRANTING STIPULATED    2
MOTION TO STAY PROCEEDINGS
CASE NO.: 2:25-cv-01943

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4912-4146-0087.1 39502.00002