**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>                Plaintiffs,<br><br>   v.<br><br>Chris Christensen,<br><br>                Defendant. | Case No. 2:25-cv-01943<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS** |

The Parties' stipulation is approved. Accordingly, the Court stays, without prejudice to any of the Parties regarding any claims or defenses any of them may have, all proceedings in this case until August 28, 2026. No Party shall propound any discovery during the Stay Period. Nothing in this Order shall preclude Defendant from filing a motion seeking to extend the Stay Period without the consent of Plaintiffs. Defendant shall file and serve his response to the Complaint no later than fourteen days after the expiration of the Stay Period.

///

///

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO STAY PROCEEDINGS
CASE NO.: 2:25-cv-01943

1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4936-5002-5370.2 39502.00002

Dated this 1st day of April, 2026.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by

BUSH KORNFELD LLP

and

PACHULSKI STANG ZIEHL & JONES LLP

By: *s/ Jason Wax*

Jason Wax, WSBA #41944
Counsel for Plaintiffs Lance Miller
and Seth Freeman as Co-Trustees of
the iCap Trust

and

By: *s/ Christopher Christensen*

Christopher Christensen
Defendant Pro Se

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO STAY PROCEEDINGS
CASE NO.: 2:25-cv-01943

2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4936-5002-5370.2 39502.00002