UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL INSPECTION & ANALYSIS, INC. and IIA LAB SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NADIA IBRAHIMI, GAVIN BRILHANTE, AND ADVANCED TESTING & CALIBRATION SERVICES, LLC,<br><br>Defendants. | CASE NO. C26-1395 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO VACATE |

This matter comes before the Court on Defendant Gavin Brilhante's unopposed Motion to Vacate, Dkt. #27. The Court finds good cause to grant the requested relief and no prejudice to Plaintiffs. Accordingly, the Motion is GRANTED. The Clerk's Entry of Default as to Defendant Gavin Brilhante, Dkt. #21, is VACATED.

DATED this 1st day of September, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE